*In re* JULIO R. OCTAVIANI MUÑOZ.

*Número:* 7003     *Resuelto:* 21 de diciembre de 1989

*Govén D. Martínez Surís,* Director de la Oficina de Inspección de Notarías.

PER CURIAM: Por no haber rendido índices notariales desde abril de 1988, el Lic. Govén D. Martínez Surís, Director de la Oficina de Inspección de Notarías, nos refirió el 18 de mayo de 1989 el asunto del notario Julio R. Octaviani Muñoz para la correspondiente acción. El 2 de junio de 1989 le concedimos un término de cinco (5) días para que los rindiera y le ordenamos, además, que dentro de dicho término mostrara causa por la cual no debía ser disciplinado como notario. El licenciado Octaviani Muñoz no compareció ni rindió los índices y, mediante Resolución de 29 de junio de 1989, lo suspendimos temporeramente como notario y ordenamos la incautación de su protocolo.

Mediante la misma resolución, concedimos un término final para rendir los índices y le ordenamos que dentro del mismo término mostrara causa por la cual no debía ser disciplinado como abogado. Todavía el licenciado Octaviani no ha comparecido ni cumplido con la resolución.

Ante el reiterado incumplimiento con las órdenes de este Tribunal, actuación que menoscaba nuestra jurisdicción disciplinaria y la integridad y eficacia del orden jurídico de nuestra sociedad, *procede decretar su suspensión indefinida del ejercicio de la abogacía hasta que acredite su disposición de cumplir estrictamente con nuestras resoluciones y explique satisfactoriamente su actuación.* In re Ayala Hernández, 121 D.P.R. 758 (1988); *In re Rosa Batista,* 122 D.P.R. 485 (1988); *In re La Fontaine Martell,* 123 D.P.R. 433 (1989).

*Se dictará sentencia de conformidad.*